UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,        **MEMORANDUM**

    - v -

                                             CV-03-5766 (CBA)(VVP)

SCHICK TECHNOLOGIES, INC., et al.,

                Defendants.
------------------------------------------------------------x

        The court has today "so ordered" the Discovery Tolling Agreement submitted by the parties suspending the discovery schedule for a period of time to permit consideration of settlement proposals which apparently give the parties reason to believe a complete resolution of this action by settlement is possible. The parties are advised, however, that no further suspensions of the discovery schedule will be endorsed by the court. If a complete settlement of all claims is not reached by June 18, 2005, the parties who have not settled will be required to resume discovery even if settlement discussions are continuing, and they will be held to the November 18, 2005 deadline for discovery.

                                                                                                         *Viktor V. Pohorelsky*
                                                                                       VIKTOR V. POHORELSKY
                                                                                       United States Magistrate Judge

Dated:       Brooklyn, New York
                May 4, 2005